## Wright and Wagner Dairy Company, Appellee, v. G. H. Norris, Appellant.

**Gen. No. 10,342.**

opinion filed June 29, 1949; released for publication July 16, 1949. Maynard & Maynard, for appellant; James F. Maynard, of counsel; Stanley H. Guyer and Arnold, Caskey & Robson, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.